**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CATLIN SPECIALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HC SITE CONSTRUCTION, INC.<br><br>　　　　Defendant. | Civil Action No.: 2:20-cv-01741 |

## STIPULATION TO STAY PROCEEDINGS

Plaintiff, Catlin Specialty Insurance Company ("Catlin") and Defendant HC Site Construction, Inc. ("HC Site") hereby **STIPULATE** and **AGREE** as follows:

1. This action is an insurance coverage dispute arising out of claims asserted against HC Site in an underlying lawsuit captioned *Ronan Teixeira v. Tester Construction Group LLC, et al.*, which is currently pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, October Term 2019, No.: 003411 (the "Underlying Lawsuit").

2. Due to recent supplemental pleadings in the Underlying Lawsuit, Catlin and HC Site have agreed to stay this action until such time that all claims against HC Site in the Underlying Lawsuit are resolved, including but not limited to by settlement, dismissal, or final judgment.

3. In light of the foregoing, and with the consent of all parties, it is hereby **STIPULATED** and **AGREED** that this action is **STAYED** until such time as all claims against HC Site in the Underlying Lawsuit are resolved, after which any

party to this action may request that the Court lift the stay.

It is also **ORDERED** this case be placed in **SUSPENSE** as follows:

1. All proceedings are stayed until further Order of the Court;

2. The case shall be transferred to the Civil Suspense File;

3. The Clerk of the Court shall mark this case closed for statistical purposes;

4. The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket in 365 days or upon further order of the Court;

5. Counsel shall provide a written status report to the Court every six (6) months; and

6. The entry of this Order shall not prejudice the rights of the parties to this litigation.

Respectfully submitted:

| | |
|---|---|
| **KENNEDYS CMK LLP** | **SMITH MIRABELLA BLAKE** |
| */s/ Thomas J. Seery* | */s/* |
| Louis H. Kozloff, Esquire | Kevin M. Blake, Esquire |
| Attorney I.D. No.: 82368 | Attorney I.D. No.: 77979 |
| Thomas J. Seery, Esquire | 100 N. 20th Street, Suite 303 |
| Attorney I.D. No.: 318954 | Philadelphia, Pennsylvania 19103 |
| 1600 Market Street, Suite 1410 | kblake@smblawfirm.com |
| Philadelphia, Pennsylvania 19103 | |
| louis.kozloff@kennedyslaw.com | *Attorneys for Defendant* |
| thomas.seery@kennedyslaw.com | *HC Site Construction, Inc.* |
| *Attorneys for Plaintiff* | Date: _____, 2020 |
| *Catlin Specialty Insurance Company* | |
| Date: November 4, 2020 | |

**SO ORDERED:**

s/ Michael M. Baylson   Dated: 11/5/2020

_____
Michael M. Baylson, District Judge